1

2

3

4

5              **IN THE UNITED STATES DISTRICT COURT**

6            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    JORGE ROMERO,                          No. 2:13-CV-0632-CMK-P

9              Plaintiff,

10        vs.                                      <u>ORDER</u>

11   UNKNOWN,

12             Defendants.

13   _____/

14             Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

15   U.S.C. § 1983.   Pursuant to Eastern District of California Local Rules, this case was not

16   assigned to a District Judge when the case was filed.   The parties have not consented to

17   Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is

18   necessary to properly address the case.

19             Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

20   randomly assign a District Judge to this case and to update the docket to reflect the new case

21   number.

22

23    DATED:  June 7, 2013

24                                    _____
                                      **CRAIG M. KELLISON**
25                                    UNITED STATES MAGISTRATE JUDGE

26

                                          1